USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                          :
CHUBB EUROPEAN GROUP SE,                                  :
                                                          :
                                   Plaintiff,             :          1:25-cv-2717-GHW
                                                          :
                  -v-                                     :          ORDER
                                                          :
COSCO SHIPPING LINES CO., LTD.,                           :
                                                          :
                                   Defendant.             :
                                                          :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

By letter dated July 9, 2025, Plaintiff requested an adjournment of the initial pretrial

conference scheduled for July 16, 2025 because Defendant has yet to appear in this action. Dkt. No.

7. Plaintiff's application is granted. The initial pretrial conference scheduled for July 16, 2025 is

adjourned to August 20, 2025 at 4:00 p.m. The deadline for the parties to file the proposed case

management plan and the joint letter outlined in the Court's April 3, 2025 order, Dkt. No. 6, is

extended to August 13, 2025. Plaintiff is directed to serve a copy of this order on Defendant and to

retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No.

7.

        SO ORDERED.

Dated:  July 10, 2025
        New York, New York                       _____
                                                     GREGORY H. WOODS
                                                   United States District Judge