```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
CHUBB EUROPEAN GROUP SE,                                             :
                                                                     :
                                    Plaintiff,                       :     1:25-cv-2717-GHW
                                                                     :
                  -v-                                                :     ORDER
                                                                     :
COSCO SHIPPING LINES CO., LTD,                                       :
                                                                     :
                                    Defendant.                       :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than August 13, 2025. Dkt. No. 8. The Court has received the parties' joint letter and proposed Case Management Plan by email, however the parties have not filed the joint letter via ECF as directed. The parties are directed to file their joint letter via ECF forthwith, and in no event later than August 15, 2025.

The parties are also again ordered to review and comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rule 1(A), which states that letters to the Court must be filed electronically on ECF. Finally, to the extent that any lawyer represents Defendant in this case and wishes to appear on its behalf at the scheduled conference, the Court reminds them that they must file a notice of appearance.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: August 15, 2025
       New York, New York                           _____
                                                           GREGORY H. WOODS
                                                         United States District Judge